UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5447 CAS (CWx) | Date | August 27, 2009 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company v. Kenyatti Holmes et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers): Order Remanding Action

On June 5, 2009, plaintiff Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11 filed the instant action in Los Angeles County Superior Court against defendants Kenyatti Holmes ("Holmes") and Does 1-10, inclusive. On July 27, 2009, defendant Holmes removed the instant action to this Court on the basis that this Court has jurisdiction under 28 U.S.C. § 1331. However, plaintiff's complaint does not arise under the Constitution, law, or treaties of the United States. See 28 U.S.C. § 1331. Instead, plaintiff's complaint asserts a claim for unlawful detainer pursuant to Cal. Code Civ. P. § 1161a(b)(3). Therefore, this Court does not have jurisdiction under 28 U.S.C. § 1331. Furthermore, there does not appear to be any alternative basis for this Court to exercise jurisdiction over this action. Therefore, the Court REMANDS the instant action to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |